Clyde A. Thompson, SBN 72920
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, GREGORY AHERN,
JAMES RUSSELL, C. SHEPARD, COLBY STAYSA,
and DAVID VANDAGRIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ROBERT LYNN FLOCK, <br><br> Plaintiff, <br><br> vs. <br><br> THE COUNTY OF ALAMEDA; GREGORY AHERN, SHERIFF OF ALAMEDA COUNTY; DETECTIVE JAMES RUSSELL, DEPUTY C. SHEPARD, SERGEANT COLBY STAYSA, DEPUTY DAVID VANDAGRIFF, DEPUTY SHERIFFS OF ALAMEDA COUNTY; AND DOES 1 THROUGH 20, INCLUSIVE, <br><br> Defendants. | Case No.: C12-1003 NC (MEJ) <br><br> [~~PROPOSED~~] ORDER GRANTING INDIVIDUAL DEFENDANTS' APPLICATION TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT DECEMBER 18, 2012 SETTLEMENT CONFERENCE |

Defendants GREGORY AHERN, JAMES RUSSELL, C. SHEPARD, COLBY STAYSA, and DAVID VANDAGRIFF have requested to be excused from personally attending the December 18, 2012 settlement conference, or from being available by telephone for the duration of the settlement conference.

Attending in their place will be a representative of defendant COUNTY OF ALAMEDA, who is authorized to settle the case.

Good cause appearing,

/

/

/

1

*Flock v. County of Alameda, et al.*/Case #C12-1003 NC (MEJ)
[Proposed] Order Granting Individual Defendants' Application To Be Excused From Appearing In Person Or By Telephone At December 18, 2012 Settlement Conference

1  The request by defendants GREGORY AHERN, JAMES RUSSELL, C. SHEPARD,
2  COLBY STAYSA, and DAVID VANDAGRIFF to be excused from the conference is hereby
3  granted.
4  Dated: 12/4/12

_____
Judge Maria-Elena James

Flock v. County of Alameda, et al./Case #C12-1003 NC (MEJ)
[Proposed] Order Granting Individual Defendants' Application To Be Excused From Appearing In Person Or By Telephone At December 18, 2012 Settlement Conference