1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:   510-763-2324
4  Fax:   510-273-8570

5  Attorneys For Defendants
   COUNTY OF ALAMEDA, GREGORY AHERN,
6  JAMES RUSSELL, C. SHEPARD, COLBY STAYSA,
   and DAVID VANDAGRIFF

7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 ROBERT LYNN FLOCK,              ) Case No.: C12-1003 NC (MEJ)
                                   )
11        Plaintiff,               ) **STIPULATION AND [PROPOSED]**
                                   ) **ORDER TO CONTINUE SETTLEMENT**
12    vs.                          ) **CONFERENCE**
                                   )
13 THE COUNTY OF ALAMEDA; et al.   )
                                   )
14        Defendants.              )
                                   )
15 _____ )

16    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their

17 attorneys of record, that the Settlement conference currently scheduled on March 20, 2013, at

18 10:00 a.m. in Magistrate Judge James' chambers be continued.

19    Counsel has conferred and has selected an alternative date for the Settlement Conference

20 of **June 14, 2013, at 10:00 a.m.**, based on Court availability.

21 Dated: March 6, 2013         LAW OFFICES OF TODD L. BEQUETTE

22

23                              By:___*/s/_____
                                   Christopher J. D'Anjou, Attorneys for Plaintiff
24                              *Mr. Bequette gave his consent to e-file this
                                document
25

26 Dated: March __, 2013        HAAPALA, THOMPSON & ABERN, LLP

27                              By:___/s/ Clyde A. Thompson_____
                                   Clyde A. Thompson
28                                 Attorneys For Defendants

                                    1

**ORDER**

IT IS SO ORDERED that the Settlement Conference of March 20, 2013 is continued to June 14, 2013, at 10:00 a.m., in Chambers.

Dated: March 7, 2013

_____
Magistrate Judge Maria-Elena James

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570